JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IRMA SANTIESTEBAN,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security, | Case No. 2:24-cv-00829-PD<br><br>**JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: August 9, 2024                    _Patricia Donahue_
                              THE HONORABLE PATRICIA DONAHUE
                              U.S. MAGISTRATE JUDGE

-1-